PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: John Brandon Shively      Case Number: 3:02-CR-00073-01

Name of Judicial Officer: The Honorable Todd J. Campbell, U. S. District Judge

Date of Original Sentence: September 23, 2003

Original Offense: Count 2: 21 U.S.C. § 841(a)(1), Possession of a Controlled Substance;

Count 5: 21 U.S.C. § 924(c)(1)(A), Possession of a Firearm in Furtherance of Drug Trafficking Offense;

Count 7: 21 U.S.C. § 922(g)(1), Felon in Possession of a Firearm

Original Sentence: 152 months' custody; 4 years' supervised release

Type of Supervision: Supervised Release      Date Supervision Commenced: January 2, 2013

Assistant U.S. Attorney: to be assigned      Defense Attorney: Carryll S. Alpert

---

THE COURT ORDERS:

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 26 day of Sept., 2013,
and made a part of the records in the above case.

_____
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place     Columbia, Tennessee

Date     September 25, 2013

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **Shall not commit another federal, state, or local crime:**

On September 21, 2013, John Brandon Shively was arrested for Driving Under the Influence (DUI) by the Metropolitan Nashville Police Department, Nashville, Tennessee. According to the Affidavit, he showed signs of impairment and declined to perform any field sobriety test. Mr. Shively did make the statement that he probably had too much to drink and should not be driving. Mr. Shively did consent to having his blood drawn for a Blood Alcohol Content (BAC) test. He is to appear in Davidson County General Sessions Court, Nashville, Tennessee, on October 21, 2013, for an initial appearance, Case Number GS648881.

**Compliance with Supervision Conditions and Prior Interventions:**

This officer spoke with Mr. Shively on September 23, 2013, to discuss the arrest. Mr. Shively advised he had drank approximately 6 mixed drinks at an establishment in Printer's Alley and advised he was too intoxicated to drive. Mr. Shively's case will be referred for an alcohol intake and assessment.

Mr. Shively is currently employed and resides alone.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Shively be continued on supervised release. The Court will be notified of the disposition so it may determine if any further action is necessary.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer