UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:02-00073 |
| | ) | JUDGE CAMPBELL |
| JOHN BRANDON SHIVELY | ) | |

ORDER

Pending before the Court is a Petition (Docket No. 103) alleging violations of Conditions of Supervised Release. The Petition moves the Court to modify the Defendant's Conditions of Supervision to require the Defendant to reside in a halfway house for four (4) months. The Court held a hearing on December 4, 2013. The Defendant admitted the violations contained in the Petition.

The Defendant's Conditions of Supervised Release are hereby modified by adding the following conditions: (1) the Defendant shall be on Home Detention, U.S.S.G. § 5f1.2, for a period of four (4) months; and (2) the Defendant shall not be involved directly or indirectly with the "The Homedogs" website or Lincoln Hume or Robert Hume.

All previously imposed Conditions of Supervised Release still apply.

The Defendant was advised of his right to appeal.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE